**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

**vs.**                                  **CASE NO.  4:03-CR-036-SPM**

**JERDY MILLER,**

          **Defendant.**

_____/

**ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT**

      **THIS CAUSE** comes before the Court upon the "Motion to Alter or Amend Judgment . . . ." (doc. 41) received July 14, 2006, in which Defendant suggests that the Court's previous reduction of his sentence from 180 months to 130 months does not sufficiently reflect his level of cooperation and risk of injury.

      Defendant's statement that his reduction is "less than the 'standard' one-third reduction typically given to cooperating defendants" is misplaced.  No mathematical formula exists from which a sentence reduction is derived, and it is inaccurate to compare reduction amounts from case to case.  Instead, the Court considers all factors contained in Federal Rule of Criminal Procedure 35(b) in relation to the case at hand and determines the appropriate reduction for that defendant under those circumstances.

As previously explained in a reply letter to Defendant, the Court in this case took into account the Rule 35(b) factors, including type and amount of information; usefulness of the information to the Government; and risks created by Defendant's providing that information.  A 50-month reduction is appropriate, and Defendant has not shown compelling reasons for the Court to revisit that ruling.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.      The motion to alter or amend judgment (doc. 41) is hereby *denied*.

2.      The clerk is directed to mail Defendant a copy of the Government's Rule 35 motion (doc. 36).

**DONE AND ORDERED** this <u>nineteenth</u> day of July, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge