**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

v.                                                                     CASE NO.: 4:03-CR-36-SPM

JERDY DEMOND MILLER,

    Defendant.
_____/

## ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582

This cause comes before the Court on Defendant's Motion to Reduce Sentence (doc. 43) pursuant to the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c). The Government filed a response in opposition (doc. 44).

An application of the amendment results in no change to Defendant's guideline range because of the career offender enhancement, which sets Defendant's offense level at 37. With a 3-point reduction for acceptance of responsibility, Defendant's total offense level remains at level 34, and his guideline range and mandatory minimum sentence remains life imprisonment as originally calculated. Defendant's initial imprisonment was guided by the statutory mandatory minimum instead of the Sentencing Guidelines. As a result, Defendant's sentence is not affected by the crack cocaine amendment.

Accordingly, it is ORDERED AND ADJUDGED that the Motion to Reduce Sentence (doc. 43) is ***denied***.

DONE AND ORDERED this first day of May, 2008.


      *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge